## In re William G. HARGIS.

Court of Appeals of Kentucky.
March 28, 1952.

PER CURIAM.

We have carefully examined the record herein and find no justifiable reason why we should reject the recommendation of the State Board of Bar Commissioners that the application of William G. Hargis for reinstatement to the practice of law be denied. Motions to set aside the judgment of disbarment pursuant to opinion in 301 Ky. 276, 190 S.W.2d 333 and to strike report of the Committee on Application for reinstatement are overruled. The application for reinstatement is hereby denied.